132 A.3d 455

William Taylor REIL, Appellant

v.

PENNSYLVANIA DEPARTMENT OF TRANSPORTATION and its Bureau of Driver Licensing Leslie Richards, Secretary, Kara N. Templeton, Director of BDL, Appellees.

Supreme Court of Pennsylvania.

Feb. 16, 2016.

## *ORDER*

PER CURIAM.

**AND NOW,** this 16th day of February, 2016, Appellant's Notice and Demand for Oral Argument is **DENIED,** and the Order of the Commonwealth Court is **AFFIRMED.**

Justice EAKIN did not participate in the consideration or decision of this case.